No. 557. LOUIS ELIE JOSEPH HENRY DE GALARD DE BRASSAC DE BEARN, COUNT AND PRINCE OF BEARN AND CHALAIS, PLAINTIFF IN ERROR, v. ROSS R. WINANS AND FERDINAND C. LATROBE, TRUSTEES, ET AL. In error to the Court of Appeals of the State of Maryland. Motion to dismiss submitted February 24, 1914. Decided March 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *First National Bank* v. *Estherville,* 215 U. S. 341, 346; *Rogers* v. *Clark Iron Co.,* 217 U. S. 589—see *Louis Elie Joseph Henry de Galard de Brassac de Bearn* v. *Francois de Bearn,* 225 U. S. 695; *same* v. *Pierre de Bearn,* decided at this term, 231 U. S. 742. *Mr. Maurice Leon* for the plaintiff in error. *Mr. J. Kemp Bartlett, Mr. Edgar Allan Poe, Mr. Shirley Carter, Mr. Albert C. Ritchie* and *Mr. Edward Duffy* for the defendants in error.

---

No. 581. C. H. ALBERS COMMISSION COMPANY, PLAINTIFF IN ERROR, v. MARY E. SPENCER AND HARLOW B. SPENCER, EXECUTRIX AND EXECUTOR OF THE ESTATE OF CORWIN H. SPENCER, DECEASED, ET AL. In error to the Supreme Court of the State of Missouri. Motion to dismiss submitted March 2, 1914. Decided March 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Kansas City Star Company* v. *Julian,* 215 U. S. 589, 590; *Wood* v. *Chesborough,* 228 U. S. 672. *Mr. Shepard Barclay* for the plaintiff in error. *Mr. Frederick N. Judson* and *Mr. John F. Green* for the defendants in error.